UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH COSSEY, ADC #659593                                                            PLAINTIFF

V.                              No. 1:17CV00120 JLH/JTR

MELISSA SYSCO, Nurse/Administrator,
Sharp County Jail, et al.                                                             DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE